Eduardo Rodriguez
Pardy & Rodriguez, P.A.
f/k/a Kim, Pardy & Rodriguez, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: 407-481-0066
Facsimile: 407-481-7939
Email: erodriguez@pardyrodriguezlaw.com

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:07-cv-3546-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Lorraine Epstein,<br><br>             Plaintiffs,<br><br>     vs.<br><br>Pfizer, Inc., et al.<br>             Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, LORRAINE EPSTEIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED, this _30_ day of March, 2009.

By: _____
    EDUARDO RODRIGUEZ
    Attorneys for Plaintiff,
    Lorraine Epstein
                    -1-

DATED, this  11  day of  August , 2009.

By:_____/s/ Loren Brown_____
       LOREN BROWN
       Attorneys for Defendants,
       Pfizer, Inc., et al.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: **AUG 1 7 2009**

Hon. Charles R. Breyer
United States District Court